**Order entered April 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00954-CV

### ABDUL MATEEN MODI, Appellant

### V.

### AFSHEEN IMRAN, Appellee

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-03597-2019**

### ORDER

By postcard notice dated April 6, 2021, we notified appellant that his brief was past due and instructed him to file his brief along with an extension motion within ten days. Before the Court is appellant's April 16, 2021 request for an extension of time to file his brief. We **GRANT** the motion and extend the time to **May 17, 2021**.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE